■ The People of the State of New York, Respondent, v Mark McClennon, Appellant. [41 NYS3d 897]—Judgments, Supreme Court, New York County (Maxwell Wiley, J.), rendered October 14, 2015, convicting defendant, upon his pleas of guilty, of perjury in the first degree and assault in the third degree, and sentencing him, as a second felony offender, to an aggregate term of 2 to 4 years, unanimously affirmed.

Defendant's challenges to his plea do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find that the record establishes that the plea was knowingly, intelligently and voluntarily made. Defendant waived his rights under *Boykin v Alabama* (395 US 238 [1969]), and nothing in the allocution casts any doubt on the plea's voluntariness. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.